# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

BRIAN SMITH, *et al.*,

        Plaintiffs,

vs.

KELLOGG COMPANY and KELLOGG SALES COMPANY,

        Defendants.

Case No. 2:17-cv-01914-APG-GWF

**ORDER**

This matter is before the Court on Plaintiffs' Motion to Strike Notices of Filing of Consent to Joinder (ECF No. 16), filed on August 8, 2017. Upon review and consideration, and with good cause appearing therefor,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion to Strike Notices of Filing of Consent to Joinder (ECF No. 16) is **granted**. The Clerk shall strike ECF Nos. 8, 9 and 13 from the docket.

DATED this 9th day of August, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge