GREENBERG TAURIG, LLP

Tami D. Cowden (8994)
cowdent@gtlaw.com
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Tel: (702) 792-3773
Fax: (702) 792-9002

James N. Boudreau (PA 77891), *pro hac vice*
boudreauj@gtlaw.com
Christiana L. Signs (PA 317851), *pro hac vice*
signsc@gtlaw.com
2700 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Tel: (215) 988-7800
Fax: (215) 988-7801

James Nelson (CA 116442), *pro hac vice*
nelsonj@gtlaw.com
1201 K. Street, Suite 1100
Sacramento, CA 95814
Tel: (916) 442-1111
Fax: (916-448-1709

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN SMITH, on behalf of himself and those similarly situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>KELLOGG COMPANY and KELLOG SALES COMPANY,<br><br>Defendants. | CASE NO. 2:17-cv-01914 APG-GWF<br><br>**STIPULATION TO EXTEND TIME TO FILE REPLY IN SUPPORT OF MOTION TO COMPEL ARBITRATION (First Request); TO PROVIDE FOR SUR-REPLY; AND TO WITHDRAW PENDING MOTION TO STRIKE**<br><br>**ORDER** |

1  Pursuant to Local Civil Rule 6-1(a), Defendants Kellogg Company and Kellogg Sales Company's ("Kellogg") and Plaintiff Brian Smith ("Mr. Smith"), by and through their respective counsel of record, hereby stipulate to an extension of time for Kellogg to file its reply in support of Motion to Compel Arbitration (Dkt. 55, filed September 15, 2017) and to Mr. Smith's filing of a brief sur-reply, as follows:

WHEREFORE, on September 15, 2017, Kellogg filed a Motion to Compel Arbitration. (Dkt. 55);

WHEREFORE, on September 21, 2017, Mr. Smith filed an unopposed motion to extend time to file a response to the Motion to Compel Arbitration, extending the response deadline from September 29, 2017 to October 6, 2017.  (Dkt. 64);

WHEREFORE, on October 6, 2017, Mr. Smith filed an Opposition to Defendants' Motion to Compel Arbitration.  (Dkt. 71);

WHEREFORE, any reply by Kellogg was due on October 13, 2017;

WHEREFORE, counsel for Kellogg incorrectly calculated the new reply deadline, inadvertently calendaring an incorrect deadline to file its reply in response to Mr. Smith's Opposition;

WHEREFORE, on October 23, 2017, Kellogg filed its Reply in Support of Motion to Compel Arbitration.  (Dkt. 75);

WHEREFORE, on October 24, 2017, Mr. Smith filed a Motion to Strike Defendants' Reply to Motion to Compel Arbitration.  (Dkt. 77).  Mr. Smith argued Kellogg had filed the reply out of time and has raised a new issue in its reply, namely:  an "argument requesting that the Court stay the proceeding pending a decision by the Supreme Court on appeal of the *Morris v. Ernst & Young, LLP*, 834 F.3d 975 (9th Cir. 2016) decision." (Dkt. 77 at 3);

WHEREFORE, on October 24, 2017, counsel conferred by way of telephone and email and resolved the pending Motion to Strike Defendants' Reply to Motion to Compel Arbitration (Dkt. 77) by agreement;

1

NOW, THEREFORE, the parties hereby STIPULATE that:

1. Kellogg's time to file a reply in support of its Motion to Compel Arbitration is hereby extended to October 23, 2017. Kellogg's failure to file the reply before the previous deadline expired was the result of excusable neglect as set forth above.

2. Mr. Smith shall have until October 31, 2017 to file a sur-reply no longer than five pages to address Kellogg's argument that, if the Court does not compel arbitration, it should stay the proceedings pending a decision by the Supreme Court on appeal of the *Morris v. Ernst & Young, LLP*, 834 F.3d 975 (9th Cir. 2016) opinion.

3. Plaintiffs' Motion to Strike Defendants' Reply to Motion to Compel Arbitration (Dkt. 77) is hereby withdrawn.

DATED: October 25, 2017

By: */s/ Michael J.D. Sweeney*
Michael J.D. Sweeney, (*pro hac vice*)
Alex D. Dumas, ¶(*pro hac vice*)
**GETMAN, SWEENEY & DUNN, PLLC**
260 Fair Street
Kingston, NY 12401
Phone: (845)255-9370 / fax: (845) 255-8649
Email: msweeney@getmansweeney.com

*Attorneys for Plaintiff*

DATED: October 25, 2017

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: October 25, 2017.

By: */s/ Christiana L. Signs*
James N. Boudreau (PA 77891) (*pro hac vice*)
boudreauj@gtlaw.com
Christiana L. Signs (PA 317851) (*pro hac vice*)
signsc@gtlaw.com
**GREENBERG TRAURIG, LLP**
Two Commerce Square,
2001 Market Street
Philadelphia, PA 19103

Tami D. Cowden (8994)
cowdent@gtlaw.com
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169

2

| | |
|---|---|
| 1 | James Nelson (CA 116442) (*pro hac vice*) |
| 2 | nelsonj@gtlaw.com |
| | 1201 K Street, Suite 1100 |
| 3 | Sacramento, CA 95814 |
| 4 | *Attorneys for Defendants* |
| 5 | |
| 6 | IT IS SO ORDERED: |
| 7 | |
| 8 | _____ |
| | HON. ANDREW P. GORDON |
| 9 | United States District Judge |
| 10 | DATED: _____ |

3