# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| **BRIAN SMITH, on behalf of himself and those similarly situated persons,**<br><br>Plaintiffs,<br><br>v.<br><br>**KELLOGG COMPANY and KELLOGG SALES COMPANY,**<br><br>Defendants. | Case No.2:17-CV-01914<br><br>**JOINT STIPULATED MOTION FOR EXTENSION OF TIME TO FILE SUPPLEMENTAL BRIEFS AS TO THE COURT'S ORDER ALLOWING LIMITED DISCOVERY ON DEFENDANTS' MOTION TO COMPEL ARBITRATION (Dkt. 79)** |

The Parties request an Order for Extension of Time to file Supplemental Briefs as to the Court's Order Allowing Limited Discovery on Defendant's Motion to Compel Arbitration (Dkt. 79). The Parties request an extension extending the deadline to file Supplemental Briefs from December 11, 2017 to January 5, 2018 to allow the Parties to complete outstanding discovery and evaluate the responses. This is the first request for an extension and it will not affect any other existing deadlines.

Based upon the foregoing, the Parties move this Honorable Court to extend the deadline to file the supplemental briefs called for in the Court's Order Allowing Limited Discovery on Defendant's Motion to Compel Arbitration (Dkt. 79).

Dated: December 11, 2017                    Respectfully Submitted,

*s/ Michael J.D. Sweeney*
Michael J.D. Sweeney (Pro Hac Vice)
**GETMAN, SWEENEY & DUNN, PLLC**
260 Fair Street

JOINT STIPULATED MOTION FOR
EXTENSION OF TIME TO FILE
SUPPLEMENTAL BRIEFS (2:17-cv-01914)
- 1

Kingston, NY 12401
phone: (845)255-9370 / fax: (845) 255-8649
email: msweeney@getmansweeney.com

Christian J. Gabroy, Esq. (#8805)
GABROY LAW OFFICES
The District at Green Valley Ranch
170 S. Green Valley Parkway, Suite 280
Henderson, NV  89012
Telephone: (702) 259-7777
Fax: (702) 259-7704
Christian@gabroy.com

**ATTORNEYS FOR PLAINTIFFS**

By: */s/ Tami Cowden*
**GREENBERG TAURIG, LLP**
Tami D. Cowden (8994)
cowdent@gtlaw.com
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, NV 89169

James N. Boudreau (PA 77891)(*pro hac vice*)
boudreauj@gtlaw.com
Christiana L. Signs (PA 317851)(*pro hac vice*)
signsc@gtlaw.com
2700 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103

James Nelson (CA 116442)(*pro hac vice*)
nelsonj@gtlaw.com
1201 K Street, Suite 1100
Sacramento, CA 95814

**ATTORNEYS FOR DEFENDANTS**

JOINT STIPULATED MOTION FOR
EXTENSION OF TIME TO FILE
SUPPLEMENTAL BRIEFS (2:17-cv-01914)
- 2

**Honorable Andrew P. Gordon**

**IT IS HEREBY ORDERED** that an extension of deadline as to the Parties' Joint Stipulated Motion to Extend the Deadline to File Supplemental Briefs to the Court's Order Allowing Limited Discovery on Defendant's Motion to Compel Arbitration (Dkt. 79) is appropriate and it is ordered that the Parties' deadline to file Supplemental Briefs shall be extended from December 11, 2017 to January 5, 2018.

**IT IS SO ORDERED.**

DATED: 12/12/2017

UNITED STATES DISTRICT JUDGE