# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Brian Smith, et al., | Case No.: 2:17-cv-01914-APG-GWF |
| Plaintiffs | **Order Denying Defendant's Emergency Motion to Enforce Stay** |
| v. | [ECF No. 187] |
| Kellogg Company, Kellogg Sales Company, | |
| Defendants | |

The defendants' emergency motion to enforce stay and to strike the plaintiffs' motion to amend **(ECF No. 187) is DENIED**.  The defendants shall file a response to the plaintiffs' motion to amend and transfer (ECF Nos. 183, 185) by September 18, 2018.

DATED this 4th day of September, 2018.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE