

**OFFICE OF THE CLERK**
www.miwd.uscourts.gov

399 Federal Bldg.
110 Michigan St., NW
Grand Rapids, MI 49503
(616) 456–2381

314 Federal Bldg.
202 W. Washington St.
Marquette, MI 49855
(906) 226–2021

107 Federal Bldg.
410 W. Michigan Ave.
Kalamazoo, MI 49007
(269) 337–5706

113 Federal Bldg.
315 W. Allegan St.
Lansing, MI 48933
(517) 377–1559

Electronic Filing Help Desk
(616) 456–2206
(800) 290–2742
ecfhelp@miwd.uscourts.gov

December 4, 2018

James M. Nelson
Greenberg Traurig, LLP
1201 K Street, Ste. 1100
Sacramento, CA 95814

RE:   SHENODH YOUSEF, et al. v. KELLOGG COMPANY, et al.
      Case No. 1:18–cv–01341–PLM–RSK   Hon. Paul L. Maloney

Dear Mr. Nelson:

In reviewing the roll of attorneys admitted to practice in this district, we are not able to locate your name. The following are requisites for an attorney to become a member of the bar in the Western District of Michigan:

- A completed petition for admission
- $205 fee

Upon receipt of the above, the application will be submitted to the Chief Judge, or designee, for review. If the application is granted, you will be added to the list of attorneys admitted to practice in this district, and will receive a certificate of admission.

The petition for admission is available on the Court's website at www.miwd.uscourts.gov. Under the For Attorneys tab, you will find instructions and forms for attorney admission and registration. Electronic filing is mandatory in this Court, and most applicants register for electronic filing at the same time they are seeking admission to practice. Once you have completed and submitted the forms, the Attorney Admissions Clerk will contact you with further instructions regarding how to make electronic payment of the admission fee. The electronic process accepts payment by bank account (ACH), debit or credit card.

Please be certain that you comply with all of the attorney admission requirements. Failure to comply with all the requirements will delay the processing of your petition.

The Court expects you to seek admission as soon as practicable. If the admission process is not complete by January 2, 2019, the matter may be referred to Hon. Paul L. Maloney for further action.

If you have any questions, please contact the Court at any office.

Sincerely,

CLERK OF COURT

/s/  E. Siskind
Deputy Clerk