UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ROSEANN MIRACOLA, *et al.*,<br>　　　　　　　　Plaintiffs,<br><br>-v-<br><br>KELLOGG COMPANY and<br>KELLOGG SALES COMPANY,<br>　　　　　　　　Defendants. | No. 1:18-cv-1341<br><br>Honorable Paul L. Maloney |

### ORDER RESOLVING SETTLEMENT

In this lawsuit brought under the Fair Labor Standards Act (FLSA), the parties reached a settlement, which this Court preliminarily approved. After notices were sent out by the administrator, the parties requested final approval of the settlement. (ECF No. 301.) Plaintiffs then filed a motion to allow two additional claimants to be added to the settlement, a request that Defendants do not oppose. (ECF No. 309.)

The Court held a hearing on Monday, June 14, 2021. For the reasons provided on the record, the Court **GRANTS** the motion to allow two additional claimants (ECF No. 309) and also **GRANTS** the joint motion for final approval of the settlement (ECF No. 301).

**IT IS SO ORDERED.**

Date: June 14, 2021　　　　　　　　　　　　　　　　　　/s/ Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　　　　Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge