UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ROSEANN MIRACOLA, *et al.*, <br>     Plaintiffs, <br><br> -v- <br><br> KELLOGG COMPANY and <br> KELLOGG SALES COMPANY, <br>     Defendants. | No. 1:18-cv-1341 <br><br> Honorable Paul L. Maloney |

## JUDGMENT

The Court issued a final approval of the settlement and has resolved all of the claims brought by Plaintiffs under the Fair Labor Standards Act. All that remains pending is a request for attorney fees, which does not preclude entry of judgment. *See* Fed. R. Civ. P. 58(a)(3). Accordingly, **JUDGMENT ENTERS.**

  **THIS ACTION IS TERMINATED.**

  **IT IS SO ORDERED.**

Date: June 14, 2021                 /s/ Paul L. Maloney
                                    Paul L. Maloney
                                    United States District Judge